UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 22, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 11-0176-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| THOMAS JOPSON, ) | PERSON IN CUSTODY |
| Defendant. ) | |
| ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS JOPSON, Case No. MAG. 11-0176-EFB  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__      Bail Posted in the Sum of: $100,000.00.

__X__   Unsecured Appearance Bond (Interim)

__X__   Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

__X__   (Other) Secured bond paperwork to be filed by 07/06/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/22/2011   at 3:25 p.m.

By _____
   Edmund F. Brennan
   United States Magistrate Judge