**FILED**
June 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>      Plaintiff, )<br>v. )<br>  )<br>THOMAS JOPSON, )<br>      Defendant. )<br>_____ ) | Case No. MAG. 11-0176-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS JOPSON, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $100,000.00.

   _X_   Unsecured Appearance Bond (Interim)

   _X_   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) Secured bond paperwork to be filed by 07/06/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/22/2011  at 3:25 p.m.

By _____
   Edmund F. Brennan
   United States Magistrate Judge