JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-275 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| YAN EBYAM, et al., | ) Date: October 4, 2011 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Honorable John A. Mendez |
| | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Yan Ebyam, Matthew M. Scoble, Esq., counsel for defendant Thomas Jopson, William J. Portanova, Esq., counsel for defendant David Jopson, John R. Manning, Esq., counsel for defendant Aimee Sisco, J Toney, Esq., counsel for defendant Pablo Vasquez, David D. Fischer, Esq., counsel for defendant Dolf Podva, Carl E. Larson, Esq., counsel for defendant Donald Fried, Dan F. Koukol, Esq., and counsel for defendant Thomas Marrs, Ronald J. Peters, Esq., that the status conference presently set for August 2, 2011 be **continued to October 4, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that

1

PDF created with pdfFactory trial version www.pdffactory.com

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 28, 2011, to and including October 4, 2011.  All parties stipulate and agree that this case is unusual and complex within the meaning of the Speedy Trial Act, as this case involves over 2,000 pages of initial discovery, six search warrants, and nine co-defendants.  Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-276 JAM and 2:11-CR-276 JAM, which make preparation for his defense even more unusual and complicated.  All defendants request more time to review the discovery and conduct investigation to prepare each defendant's defense.

IT IS SO STIPULATED AND AGREED.

Dated: July 28, 2011    /s/  Matthew M. Scoble
MATTHEW M. SCOBLE
Attorney for Defendant
Yan Ebyam

Dated: July 28, 2011    /s/  William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
Thomas Jopson

Dated: July 28, 2011    /s/  John R. Manning
JOHN R. MANNING
Attorney for Defendant
David Jopson

Dated: July 28, 2011    /s/  Hayes H. Gable
HAYES H. GABLE
Attorney for Defendant
Jesus Bruce

Dated: July 28, 2011    /s/  J Toney
J TONEY
Attorney for Defendant
Aimee Sisco

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 28, 2011                          /s/  David D. Fischer
                                                        DAVID D. FISCHER
                                                        Attorney for Defendant
                                                        Pablo Vasquez

Dated: July 28, 2011                           /s/  Carl E. Larson
                                                        CARL E. LARSON
                                                        Attorney for Defendant
                                                        Dolf Podva

Dated: July 28, 2011                           /s/  Dan F. Koukol
                                                        DAN F. KOUKOL
                                                        Attorney for Defendant
                                                        Donald Fried

Dated: July 28, 2011                           /s/  Ronald J. Peters
                                                        RONALD J. PETERS
                                                        Attorney for Defendant
                                                        Thomas Marrs

Dated: July 28, 2011                          Benjamin B. Wagner
                                                       United States Attorney

                                      by:      /s/ Samuel Wong
                                                       SAMUEL WONG
                                                       Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-11-275 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO |
| YAN EBYAM, et al., | ) CONTINUE STATUS CONFERNCE |
| Defendants. | ) |

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

4

PDF created with pdfFactory trial version www.pdffactory.com

The Court orders that the time from the date of the parties' stipulation, July 29, 2011, to and including October 4, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the August 2, 2011, status conference shall be continued until October 4, 2011, at 9:30 a.m.

IT IS SO ORDERED.

Dated: 8/1/2011                                        /s/ John A. Mendez
                                                       John A. Mendez
                                                       United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com