JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-275 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| YAN EBYAM, et al., | Date: March 13, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable John A. Mendez |
| Defendants. | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Yan Ebyam, Matthew M. Scoble, Esq., counsel for defendant Thomas Jopson, William J. Portanova, Esq., counsel for defendant David Jopson, John R. Manning, Esq., counsel for defendant Jesus Bruce, Hayes H. Gable, Esq., counsel for defendant Aimee Sisco, J Toney, Esq., counsel for defendant Pablo Vasquez, David D. Fischer, Esq., counsel for defendant Dolf Podva, Carl E. Larson, Esq., counsel for defendant Donald Fried, Dan F. Koukol, Esq., and counsel for defendant Thomas Marrs, Ronald J. Peters, Esq., that the status conference presently set for January 17, 2012 be **continued to March 13, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

   Further, all of the parties, the United States of America and all of the defendants as stated

PDF created with pdfFactory trial version www.pdffactory.com

above, hereby agree and stipulate that the Court should find the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 12, 2012, to and including March 13, 2012.  All parties stipulate and agree that this case is unusual and complex within the meaning of the Speedy Trial Act, as this case involves over 2,000 pages of initial discovery, six search warrants, and nine co-defendants.  Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-276 JAM and 2:11-CR-275 JAM, which make preparation for his defense even more unusual and complicated.  All defendants request more time to review the discovery and conduct investigation to prepare each defendant's defense.

IT IS SO STIPULATED AND AGREED.

Dated: January 11, 2012                                /s/  Matthew M. Scoble
                                                       MATTHEW M. SCOBLE
                                                       Attorney for Defendant
                                                       Yan Ebyam

Dated: January 12, 2012                                /s/  William J. Portanova
                                                       WILLIAM J. PORTANOVA
                                                       Attorney for Defendant
                                                       Thomas Jopson

Dated: January 12, 2012                                /s/  John R. Manning
                                                       JOHN R. MANNING
                                                       Attorney for Defendant
                                                       David Jopson

Dated: January 12, 2012                                /s/  Hayes H. Gable
                                                       HAYES H. GABLE
                                                       Attorney for Defendant
                                                       Jesus Bruce

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 12, 2012                                  /s/  J Toney
                                                         J TONEY
                                                         Attorney for Defendant
                                                         Aimee Sisco

Dated: January 12, 2012                                  /s/  David D. Fischer
                                                         DAVID D. FISCHER
                                                         Attorney for Defendant
                                                         Pablo Vasquez

Dated: January 12, 2012                                  /s/  Carl E. Larson
                                                         CARL E. LARSON
                                                         Attorney for Defendant
                                                         Dolf Podva

Dated: January 12, 2012                                  /s/  Dan F. Koukol
                                                         DAN F. KOUKOL
                                                         Attorney for Defendant
                                                         Donald Fried

Dated: January 12, 2012                                  /s/  Ronald J. Peters
                                                         RONALD J. PETERS
                                                         Attorney for Defendant
                                                         Thomas Marrs

Dated: January 12, 2012                                  Benjamin B. Wagner
                                                         United States Attorney

                                                   By:   /s/ Samuel Wong
                                                         SAMUEL WONG
                                                         Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-11-275 JAM |
|---|---|
| Plaintiff, | ) ORDER TO |
| | ) CONTINUE STATUS CONFERNCE |
| v. | ) |
| YAN EBYAM, et al., | ) |
| Defendants. | ) |

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

PDF created with pdfFactory trial version www.pdffactory.com

The Court orders that the time from the date of the parties' stipulation, January 12, 2012, to and including March 13, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the January 17, 2012, status conference shall be continued until March 13, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: 1/12/2012                             /s/ John A. Mendez
                                             John A. Mendez
                                             United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com