UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-00275 JAM |
| Plaintiff, | ) | |
| v. | ) | |
| YAN EBYAM, et al., | ) | |
| Defendants. | ) | |
| | ) | RELATED CASE ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:11-CR-00276 JAM |
| v. | ) | |
| YAN EBYAM, et al., | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:12-CR-00309 KJM |
| v. | ) | |
| NATHAN HOFFMAN, et al., | ) | |
| Defendants. | ) | |

1

1    Examination of the above-entitled actions reveals that these
2 actions are related within the meaning of Local Rule 123 (E.D. Cal.
3 2005). Accordingly, the assignment of the matters to the same
4 judge is likely to affect a substantial savings of judicial effort
5 and is also likely to be convenient for the parties.
6    The parties should be aware that relating the cases under
7 Local Rule 123 merely has the result that these actions are
8 assigned to the same judge; no consolidation of the actions is
9 effected.
10    IT IS THEREFORE ORDERED that the action denominated
11 2:12-CR-00309 KJM be reassigned to Judge John A. Mendez for all
12 further proceedings, and any dates currently set in this reassigned
13 case only are hereby VACATED. Henceforth, the caption on documents
14 filed in the reassigned cases shall be shown as 2:12-CR-00309-JAM.
15    IT IS FURTHER ORDERED that the Clerk of the Court make
16 appropriate adjustment in the assignment of the case to
17 compensate for this reassignment.
18    IT IS SO ORDERED.
19 DATED: September 17, 2012
20                              /s/ John A. Mendez_____
21                              U. S. District Court Judge
22
23
24
25
26
27
28