JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-275 JAM |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| YAN EBYAM, et al., | |
| Defendants. | Date:  December 4, 2012 Time:  9:45 a.m. Judge:  Honorable John A. Mendez |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Yan Ebyam, Matthew M. Scoble, Esq., counsel for defendant Thomas Johnson, William J. Portanova, Esq., counsel for defendant David Jopson, John R. Manning, Esq., counsel for defendant Jesus Bruce, Hayes H. Gable, Esq., counsel for defendant Aimee Sisco, J Toney, Esq., counsel for defendant Pablo Vasquez, David D. Fischer, Esq., counsel for defendant Dolf Podva, Carl E. Larson, Esq., counsel for defendant Donald Fried, Dan F. Koukol, Esq., and counsel for defendant Thomas Marrs, Ronald J. Peters, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on October 16, 2012.

2.   By this stipulation, defendants now move to continue the status conference until December 4, 2012 and to exclude time between October 16, 2012 and December 4, 2012 under the Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare).

3.   The parties agree and stipulate, and request the Court find the following:

a.   This is a complex case, including over 2,000 pages of discovery, six search warrants, and nine co-defendants.  Defendant Yan Ebyam is named as a defendant in two indictments pending before this Court (case nos. 2:11-CR-276 JAM and 2:11-CR-275 JAM), and Hoffman, et al., 2:11-MJ-312 JAN is factually related to this matter.

b.   On April 2, 2012, the Government released a CD that was delivered to defense counsel on April 9, 2012, containing voluminous additional discovery, including evidence from devices such as computers and thumb drives.  On April 19, 2012, another CD of discovery was produced containing digital discovery from the seven search warrant sites in Northern California.

c.   Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

d.   Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.   The Government does not object to the continuance.

f.   Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

g.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code

Section 3161(h)(7)(A) within which trial must commence, the time period of October

16, 2012 to December 4, 2012, inclusive, is deemed excludable pursuant to 18 United

States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local

Codes T-2 and T-4 because it results from a continuance granted by the Court at

defendant's request on the basis of the Court's finding that the ends of justice served

by taking such action outweigh the best interest of the public and the defendant in a

speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which

a trial must commence.

IT IS SO STIPULATED.

Dated: October 11, 2012                          /s/ Matthew M. Scoble_____
                                                 MATTHEW M. SCOBLE
                                                 Attorney for Defendant
                                                 Yan Ebyam

Dated: October 11, 2012                          /s/  William J. Portanova____
                                                 WILLIAM J. PORTANOVA
                                                 Attorney for Defendant
                                                 Thomas Jopson

Dated: October 11, 2012                          /s/  John R. Manning_____
                                                 JOHN R. MANNING
                                                 Attorney for Defendant
                                                 David Jopson

Dated: October 11, 2012                          /s/  Hayes H. Gable_____
                                                 HAYES H. GABLE
                                                 Attorney for Defendant
                                                 Jesus Bruce

Dated: October 11, 2012                              /s/ J Toney
                                                     J TONEY
                                                     Attorney for Defendant
                                                     Aimee Sisco

Dated: October 11, 2012                              /s/  David D. Fischer
                                                     DAVID D. FISCHER
                                                     Attorney for Defendant
                                                     Pablo Vasquez

Dated: October 11, 2012                              /s/  Carl E. Larson
                                                     CARL E. LARSON
                                                     Attorney for Defendant
                                                     Dolf Podva

Dated: October 11, 2012                              /s/  Dan F. Koukol
                                                     DAN F. KOUKOL
                                                     Attorney for Defendant
                                                     Donald Fried

Dated: October 11, 2012                              /s/  Ronald J. Peters
                                                     RONALD J. PETERS
                                                     Attorney for Defendant
                                                     Thomas Marrs

Dated: October 11, 2012                              Benjamin B. Wagner
                                                     United States Attorney

                                         by:         /s/  Jason Hitt
                                                     JASON HITT
                                                     Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED this 12th day of October, 2012.


                                           /s/ John A. Mendez
                                           HONORABLE JOHN A. MENDEZ
                                           DISTRICT COURT JUDGE