WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
THOMAS W. JOPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00275-JAM-2 |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | |
| THOMAS WESLEY JOPSON, | |
| Defendant. | |

    Thomas W. Jopson, by and through his attorney, William J. Portanova, and the United States of America, by and through its counsel, Assistant United States Attorney Samuel Wong, hereby jointly agree and stipulate to amend defendant's special conditions of release as follows:

    Condition #10 – "You (defendant, Thomas W. Jopson) shall submit to drug or alcohol testing as approved by the pretrial services officer" is hereby stricken.  All other conditions remain in effect as previously ordered.

    Accordingly, all parties agree with the above modifications.

///

///

///

| | | |
|---|---|---|
| DATED: | June 06, 2013 | RESPECTFULLY SUBMITTED, |
| | | /s/ William J. Portanova |
| | | _____ |
| | | WILLIAM J. PORTANOVA |
| | | Attorney for Defendant Thomas W. Jopson |
| | | |
| DATED: | June 06, 2013 | RESPECTFULLY SUBMITTED, |
| | | /s/ Samuel Wong |
| | | _____ |
| | | SAMUEL WONG |
| | | Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated:  June 6, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Jopson0275.stipord.mod.coa.doc

2