JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID JOPSON and<br>THOMAS JOPSON,<br><br>　　　　Defendants. | ) No. CR-S-11-275-JAM<br>)<br>) STIPULATION AND<br>) ORDER CONTINUING JUDGMENT<br>) SENTENCING<br>)<br>) Date:　August 19, 2014<br>) Time:　9:30 a.m.<br>) Judge: John A. Mendez<br>)<br>)<br>)<br>) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for June 24, 2014. Counsel for the parties request the date for judgment and sentencing be continued to August 19, 2014 at 9:30 a.m. Counsel for the defendants need additional time to meet with their clients, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary. Assistant U.S. Attorney Todd Pickles and USPO Lisa Hage have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**　　　　　　　　　　　**8/19/14**

   Reply, or Statement of Non-Opposition:　　　　　　　　8/12/14

1

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:     8/5/14

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:     7/29/14

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:     7/22/14

The Presentence Report shall be filed
And disclosed to counsel no later than:     7/8/14

IT IS SO STIPULATED.

Dated: May 13, 2014            /s/  John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               David Jopson

Dated:  May 13, 2014           /s/  William J. Portanova
                               WILLIAM J. PORTANOVA
                               Attorney for Defendant
                               Thomas Jopson

Dated: June 2, 2014            Benjamin B. Wagner
                               United States Attorney

                         by:   /s/  Todd A. Pickles
                               TODD A. PICKLES
                               Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of June, 2014.

                               /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               U.S. DISTRICT COURT JUDGE