JOHN R. MANNING
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanninglaw@yahoo.com

Attorneys for Defendant
DAVID E. JOPSON

IN THE UNITED STATES MAGISTRATE COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | 2:11 CR 275 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER MODIFYING CONDITIONS OF |
| | ) | RELEASE |
| DAVID E. JOPSON & | ) | |
| | ) | |
| THOMAS W. JOPSON | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

David E. Jopson, by and through his attorney, John R. Manning, Esq., Thomas W. Jopson, by and through his attorney, William J. Portanova, Esq., the United States of America, by and through its counsel, Assistant United States Attorney, Samuel Wong, and Pretrial Services Officer Beth Wetteland, hereby jointly agree and stipulate the defendants (David E. Jopson and Thomas W. Jopson) shall no longer be supervised by Pretrial Services.  The following, previously imposed condition, shall remain in effect:
"You shall surrender your passport to the Clerk of the U.S. District Court and obtain no passport or travel documents during the pendency of this case." (Both defendants have already surrendered their

1

passports.)

Additionally, the secured bonds previously filed on behalf of each defendant, respectively, shall remain in effect.

Accordingly, all parties including Mr. David E. Jopson and Mr. Thomas W. Jopson agree with the above modifications.

Dated: July 18, 2014                    Respectfully submitted,

                                         s/John R. Manning
                                        John R. Manning
                                        Attorney for Defendant
                                        David E. Jopson

Dated: July 18, 2014                    s/William J. Portanova
                                        William J. Portanova
                                        Attorney for Defendant
                                        Thomas W. Jopson

Dated: July 18, 2014                    Benjamin B. Wagner
                                        United States Attorney

                                    by: /s/ Samuel Wong
                                        Samuel Wong
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  July 24, 2014

                                        *Kendall J. Newman*
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

2