JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID JOPSON and<br>THOMAS JOPSON,<br><br>　　　　Defendants. | No. CR-S-11-275-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING JUDGMENT<br>SENTENCING<br><br>Date:　October 28, 2014<br>Time:　9:30 a.m.<br>Judge: John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 19, 2014. Counsel for the parties request the date for judgment and sentencing be continued to October 28, 2014 at 9:30 a.m. Counsel for the defendants need additional time to meet with their clients, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary. Assistant U.S. Attorney Todd Pickles and USPO Lisa Hage have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**　　　　　　　　　　　　**10/28/14 at 9:30 a.m.**

   Reply, or Statement of Non-Opposition:　　　　　　　　　10/21/14

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/14/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 10/7/14 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 9/30/14 |
| The Presentence Report shall be filed And disclosed to counsel no later than: | 9/16/14 |

IT IS SO STIPULATED.

Dated: July 24, 2014                                /s/  John R. Manning
                                                                 JOHN R. MANNING
                                                                 Attorney for Defendant
                                                                 David Jopson

Dated:  July 30, 2014                             /s/  William J. Portanova
                                                                 WILLIAM J. PORTANOVA
                                                                 Attorney for Defendant
                                                                 Thomas Jopson

Dated: July 28, 2014                             Benjamin B. Wagner
                                                                 United States Attorney

                                                    by:    /s/  Todd A. Pickles
                                                                 TODD A. PICKLES
                                                                 Assistant U.S. Attorney

### ORDER

IT IS SO FOUND AND ORDERED this 31st day of July, 2014

                                                                /s/ John A. Mendez
                                                                HON. JOHN A. MENDEZ
                                                                U.S. DISTRICT COURT JUDGE