JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-275-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING JUDGMENT |
| v. | ) | AND SENTENCING |
| | ) | |
| DAVID JOPSON and | ) | Date:   February 17, 2015 |
| THOMAS JOPSON, | ) | Time:  9:30 a.m. |
| | ) | Judge: John A. Mendez |
| Defendants. | ) | |
| | ) | |
| | ) | |

_____

The parties hereby stipulate the following:

Judgment and sentencing in this matter is presently set for October 28, 2014.  Counsel for the parties request the date for judgment and sentencing be continued to February 17, 2015 at 9:30 a.m.  Additional time is necessary to allow the defendants to be interviewed by USPO. Once interviewed, counsel for the defendants need additional time to meet with their clients, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections, formal objections and sentencing memoranda as necessary.  Assistant U.S. Attorney Todd Pickles and USPO Lisa Hage have been advised of this request and have no objection.  The parties request the Court adopt the following schedule pertaining to the presentence report:

1

| | |
|---|---|
| **Judgment and Sentencing date:** | **2/17/15** |
| Reply, or Statement of Non-Opposition: | 2/10/15 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 2/3/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 1/27/15 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 1/20/15 |
| The Presentence Report shall be filed And disclosed to counsel no later than: | 1/6/15 |

IT IS SO STIPULATED.

Dated: September 18, 2014          /s/  John R. Manning
                                               JOHN R. MANNING
                                               Attorney for Defendant
                                               David Jopson

Dated:  September 18, 2014         /s/  William J. Portanova
                                                WILLIAM J. PORTANOVA
                                              Attorney for Defendant
                                               Thomas Jopson

Dated: September 18, 2014          Benjamin B. Wagner
                                                United States Attorney

                                  by:     /s/  Todd A. Pickles
                                                TODD A. PICKLES
                                                Assistant U.S. Attorney

///

///

///

///

## ORDER

IT IS SO FOUND AND ORDERED this 22nd day of September, 2014.

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE