JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOPSON and<br>THOMAS JOPSON,<br><br>Defendants. | No. CR-S-11-275-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING JUDGMENT<br>AND SENTENCING<br><br>Date:  July 7, 2015<br>Time:  9:15 a.m.<br>Judge: John A. Mendez |

The parties hereby stipulate the following:

Judgment and sentencing in this matter is presently set for June 2, 2015. Counsel for the parties request the date for judgment and sentencing be continued to July 7, 2015 at 9:15 a.m. Counsel for the defendants need additional time to meet with their clients, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections, formal objections and sentencing memoranda as necessary. Assistant U.S. Attorney Todd Pickles and USPO Lisa Hage have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                                   **07/07/15**

Reply, or Statement of Non-Opposition:                                          06/30/15

1

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/23/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 06/16/15 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 06/09/15 |
| The Presentence Report shall be filed And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: May 4, 2015                                   /s/  John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     David Jopson

Dated:  May 5, 2015                                  /s/  William J. Portanova
                                                     WILLIAM J. PORTANOVA
                                                     Attorney for Defendant
                                                     Thomas Jopson


Dated: May 5, 2015                                   Benjamin B. Wagner
                                                     United States Attorney

                                          by:        /s/  Todd A. Pickles
                                                     TODD A. PICKLES
                                                     Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of May, 2015.


                                                     /s/ John A. Mendez
                                                     HON. JOHN A. MENDEZ
                                                     U.S. DISTRICT COURT JUDGE