JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-275-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING JUDGMENT |
| v. | ) | AND SENTENCING |
| | ) | |
| DAVID JOPSON and | ) | Date:  July 28, 2015 |
| THOMAS JOPSON, | ) | Time:  9:15 a.m. |
| | ) | Judge: John A. Mendez |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The parties hereby stipulate the following:

Judgment and sentencing in this matter is presently set for July 7, 2015.  Counsel for

the parties request the date for judgment and sentencing be continued to

July 28, 2015 at 9:15 a.m.  Counsel for the defendants need additional time to meet

with their clients, review the PSR; discuss the findings and recommendations therein;

and, research and draft formal objections and sentencing memoranda as necessary.

Assistant U.S. Attorney Todd Pickles and USPO Lisa Hage have been advised of this

request and have no objection.  The parties request the Court adopt the following

schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                     **7/28/15**

Reply, or Statement of Non-Opposition:                         7/21/15

1

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:        7/14/15

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:                      n/a

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:                                       n/a

The Presentence Report shall be filed
And disclosed to counsel no later than:                      n/a

   IT IS SO STIPULATED.

Dated: June 24, 2015                        /s/  John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           David Jopson

Dated:  June 24, 2015                       /s/  William J. Portanova
                                           WILLIAM J. PORTANOVA
                                           Attorney for Defendant
                                           Thomas Jopson


Dated: June 25, 2015                       Benjamin B. Wagner
                                           United States Attorney

                                  by:      /s/  Todd A. Pickles
                                           TODD A. PICKLES
                                           Assistant U.S. Attorney

## ORDER

   IT IS SO FOUND AND ORDERED this 25th day of June, 2015.


                                           /s/ John A. Mendez_____
                                           HON. JOHN A. MENDEZ
                                           U.S. DISTRICT COURT JUDGE