WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Thomas Wesley Jopson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS WESLEY JOPSON,<br><br>Defendant. | Case No. 2:11-cr-00275 JAM<br><br>**STIPULATION AND ORDER RE: DEFENDANT'S REQUEST TO CONTINUE TURN-IN DATE** |

## INTRODUCTION

With the Court's permission, the defendant, Thomas Wesley Jopson, and the United States of America, by and through its undersigned counsel, hereby request and stipulate that Mr. Jopson's self-surrender date be continued from September 24, 2015 to November 1, 2015. This continuance is necessary for the defendant, who is a highly valued and essential employee working for a local rice grower, Richard Nelson Joint Ventures, in Pleasant Grove, California, to allow him to continue working through harvest season, which has a significant financial benefit to both Mr. Jopson and Richard Nelson Joint Ventures.

## REASONS FOR REQUEST

On July 28, 2015, defendant Jopson was sentenced by this Court to serve one year and one day incarceration pursuant to his earlier guilty plea to conspiracy to manufacture marijuana

1  (21 USC 846 and 841(a)(1)).  Mr. Jopson was ordered to self-surrender on September 24, 2015
2  at 2:00 p.m.

3  According to counsel for Mr. Jopson, Jopson is currently working as an equipment
4  operator for a local rice grower, Richard Nelson Joint Ventures, in Pleasant Grove, California,
5  and would like to continue to do so through harvest season, which begins the beginning of
6  September and typically ends the beginning of November.  Working through harvest will help
7  secure Jopson's employment with Richard Nelson Joint Ventures upon his release from custody
8  and the extra income and ensuing bonus from the harvest is crucial in helping Jopson maintain
9  his residence during his period of incarceration.  Mr. Jopson's wife is unable to maintain the
10 residence on her social security income alone.

11 The United States Attorney's office has no objection to this single request.  The
12 defendant now respectfully requests this Court order that Jopson's self-surrender date be
13 continued from September 24, 2015 to November 1, 2015, at 2:00 p.m.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED] ORDER RE:  DEFENDANT'S REQUEST TO CONTINUE TURN-IN DATE
2:11-CR-00275 JAM

# STIPULATION

WITH THE COURT'S PERMISSION, it is hereby stipulated between the United States and the defendant Thomas Jopson that Mr. Jopson's self-surrender date be continued by the Court from September 24, 2015 at 2:00 p.m. to November 1, 2015 at 2:00 p.m. and that he is ordered to appear on that date at the institution designated by the United States Bureau of Prisons.

Dated:  August 20, 2015                          /s/ William J. Portanova
                                                 _____
                                                 WILLIAM J. PORTANOVA
                                                 Attorney for Thomas Wesley Jopson

Dated:  August 20, 2015                          /s/ Todd A. Pickles
                                                 _____
                                                 TODD A. PICKLES
                                                 Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: August 20, 2015                           /s/ John A. Mendez_____
                                                 THE HON. JOHN A. MENDEZ
                                                 United States District Court Judge