WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Thomas W. Jopson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00275-JAM |
|---|---|---|
| Plaintiff, | ) ) | **APPLICATION AND [PROPOSED] ORDER EXONERATING BOND** |
| v. | ) ) | |
| THOMAS W. JOPSON, | ) ) | |
| Defendant. | ) ) | |

On July 28, 2015, defendant Thomas W. Jopson was sentenced to one year and one day imprisonment in the U.S. Bureau of Prisons and the case is now closed. Mr. Jopson began serving his sentence on November 1, 2015 at U.S. Penitentiary Lompoc. Mr. Jopson previously posted a $100,000.00 appearance bond secured by a Deed of Trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home's title, and it is respectfully

///
///
///
///

APPLICATION AND [PROPOSED] ORDER EXONERATING BOND

requested that the Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: November 9, 2015                    /s/ William J. Portanova
                                            _____
                                            WILLIAM J. PORTANOVA
                                            Attorney for Thomas W. Jopson

**IT IS SO ORDERED**.

DATED: November 9, 2015.
                                            _____
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

APPLICATION AND [PROPOSED] ORDER EXONERATING BOND