1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:11-CR-0275 JAM
12 |                       Plaintiff,   | GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FED. R. CRIM. P.
13 |              v.                    | 35 AND ORDER GRANTING MOTION FOR REDUCTION
14 | THOMAS JOPSON,
15 |                       Defendant.

16

17       The United States, by and through its attorney of record Assistant United States Attorney Jason

18 Hitt, submits this motion seeking a reduction in the overall sentence of defendant Thomas JOPSON

19 ("defendant") based upon substantial assistance that he is expected to provide subsequent to his

20 sentencing by this Court.

21                                    **BACKGROUND**

22       On July 28, 2015, this Court sentenced the defendant to 1 year and 1 day in prison. At the time

23 of the defendant's sentencing, the United States did not file a motion for reduction of sentence pursuant

24 to U.S.S.G. § 5K1.1 because of uncertainty involving the ability to use the defendant's substantial

25 assistance in the related criminal matter, <u>United States v. Hoffman, et al.</u>, Case No. 2:15-CR-0234 JAM.

26 After defendant's sentencing events in the <u>Hoffman</u> matter have persuaded the United States that the

27 defendant's substantial assistance will very likely be important any trial in the <u>Hoffman</u> case. The

28 United States anticipates calling the defendant to provide important trial testimony against Nathan

GOVERNMENT'S MOTION PURSUANT TO              1
FED. R. CRIM. P. 35

HOFFMAN and others in a future trial date.  Because the defendant's initial sentence was 1 year and 1 day, his release date requires any benefit for his substantial assistance to be made now or he would simply receive no benefit for his cooperation.  Based on these considerations, the United States now moves that the defendant's sentence of 1 year and 1 day be reduced to time served pursuant to Rule 35(b).

On March 30, 2016, I spoke with the defendant's retained counsel, William Portanova, Esq., and explained that the United States intended to make a Rule 35 motion on behalf of his client.  Mr. Portanova indicated that he and his client waive any need to appear in Court in connection with this motion.

**AUTHORITY**

Pursuant to Rule 35 "[t]he court, on motion of the government made within one year after the imposition of the sentence, may reduce a sentence to reflect a defendant's subsequent, substantial assistance in the investigation or prosecution of another person . . . ."  Fed. R. Crim. P. 35(b).  Based upon the defendant's anticipated testimony in any trial of the Hoffman matter, the United States now moves for the defendant's sentence of 1 year and 1 day months in prison be reduced to a sentence of time served months in prison.  If this motion is granted, the United States respectfully requests that the Court issue an amended judgment reflecting the new sentence and, upon that issuance, the Bureau of Prisons will process the defendant for release.

BENJAMIN B. WAGNER<br>
United States Attorney

Dated:  March 30, 2016          By:   /s/ JASON HITT
                                      JASON HITT
                                      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>THOMAS JOPSON,<br><br>                    Defendant. | CASE NO.  2:11-CR-0275 JAM<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION PURSUANT TO FEDERAL RULE 35 OF FEDERAL RULES OF CRIMINAL PROCEDURE |
|---|---|

Upon motion by the United States of America and good cause having been shown, IT IS HEREBY ORDERED that:

1. The sentence of imprisonment for defendant Thomas JOPSON in Case No. 2:11-CR-0275 JAM is hereby REDUCED to time served pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure based upon the government's motion; and

2. The defendant's presence for resentencing on this matter is WAIVED based upon his counsel's representation to the government's attorney.

**IT IS SO ORDERED.**

DATED: 3/30/16                             /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE