WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Thomas W. Jopson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00275-JAM |
| | ) | |
| Plaintiff, | ) | **MOTION AND [PROPOSED]** |
| | ) | **ORDER FOR RETURN OF** |
| v. | ) | **DEFENDANT'S PASSPORT** |
| | ) | |
| THOMAS W. JOPSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Comes now the defendant, Thomas W. Jopson, by and through his attorney, William J. Portanova, and hereby moves the Court for an order directing the U.S. District Court Clerk to provide Mr. Jopson's passport to defense counsel.

   On July 28, 2015, defendant Thomas W. Jopson was sentenced to one year and one day imprisonment in the U.S. Bureau of Prisons and the case is now closed. Mr. Jopson began serving his sentence on November 1, 2015 at U.S. Penitentiary Lompoc. Mr. Jopson completed his sentence on April 2, 2016. As a special condition of release, Mr. Jopson was required to surrender any passports he had to the Clerk of the Court. Mr. Jopson surrendered his passport as ordered on June 23, 2011.

///

Accordingly, Mr. Jopson now seeks an order from this Court directing the U.S. District Court Clerk to provide his passport to defense counsel.

Respectfully Submitted,

DATED: April 27, 2016                                 /s/ William J. Portanova

WILLIAM J. PORTANOVA
Attorney for Thomas W. Jopson

**IT IS SO ORDERED**.

DATED: April 28, 2016

THE HON. EDMUND F. BRENNAN
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER FOR RETURN OF DEFENDANT'S PASSPORT