WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
THOMAS W. JOPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS WESLEY JOPSON,<br><br>　　　　　Defendant. | CASE NO.   2:11-CR-00275-JAM<br><br>**REQUEST FOR PERMISSION TO TRAVEL AND ORDER** |

　　　　With the Court's permission, William J. Portanova, counsel for the defendant herein, hereby requests to modify the terms and conditions of Mr. Jopson's supervised release to allow Mr. Jopson to travel to Sechelt, British Columbia, Canada, between December 12, 2016 and December 17, 2016 for the purposes of work.  Mr. Jopson will be working at the Target Marine Hatcheries located at 7333 Sechelt Inlet Road, Sechelt, BC VON 3A4, Canada.

　　　　Mr. Jopson is currently assigned to the U.S. Probation Office's Low Risk Supervision caseload, and pursuant to Low Risk Supervision Caseload Instruction 3, Mr. Jopson must obtain permission from the Court to travel outside of the United States.

　　　　The government and the probation office have no objection to this request.

///

All other terms and conditions of Mr. Jopson's supervised release are to remain in effect.

Respectfully submitted,

DATED: November 23, 2016                    /s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant
THOMAS W. JOPSON

**IT IS SO ORDERED.**

Dated: November 28, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE