WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Thomas W. Jopson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>THOMAS W. JOPSON,<br><br>             Defendant. | No. 2:11-cr-00275 JAM<br><br>**ORDER RE: DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

**ORDER**

GOOD CAUSE SHOWING, it is hereby ORDERED that Mr. Jopson's term of supervised release is hereby terminated pursuant to 18 U.S.C. § 3583(e).


Dated: October 5, 2018         /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE